# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 17-mj-71414 MAG |
| Khagan Mushfig Oglu Nabili | ) | |
| | ) | Charging District: Middle District of Florida |
| *Defendant* | ) | Charging District's Case No. 6:17-cr-205 ORL-40-KRS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Orlando Division<br>George C. Young U.S. Courthouse & Federal Building<br>401 West Central Boulevard, Orlando FL 32801 | Courtroom No.: |
| --- | --- |
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 10/10/2017

*Judge's signature*

Nathanael Cousins, United States Magistrate Judge
*Printed name and title*